# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3579

_____

Dexter Harmon

*Plaintiff - Appellant*

v.

Leslie Rutledge, Attorney General, State of Arkansas; Bourgon B. Reynolds,
Assistant Attorney General, State of Arkansas; Chris Piazza, Circuit Court Judge,
Pulaski County; Wendy Kelley, Director, Arkansas Department of Correction;
Arkansas Department of Correction, Trust Fund Centralized Banking; Vicki Rice,
ADC Trust Fund Centralized Banking Office

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 8, 2017
Filed: September 13, 2017
[Unpublished]

_____

Before COLLOTON, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Dexter Harmon appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. We previously granted Harmon in forma pauperis status, affirmed the dismissals of claims against all but Arkansas Assistant Attorney General Bourgon Reynolds, and ordered briefing on those claims.

After careful *de novo* review, *see Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (28 U.S.C. § 1915A dismissal for failure to state claim reviewed *de novo*), we conclude that the district court correctly determined that Reynolds was entitled to absolute immunity in the circumstances presented here. *See Murphy v. Morris*, 849 F.2d 1101, 1104-05 (8th Cir. 1988) (articulating factors to be considered in deciding whether to extend absolute immunity to government attorney who was representing state defendant in prisoner civil rights lawsuit). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.